## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SANDRA PORTER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| | ) | |
| v. | ) | 1:20-cv-03943-ELR-WEJ |
| | ) | |
| ROGERS BENEFIT GROUP, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff, Sandra Porter and Defendant Rogers Benefit Group, Inc., through undersigned counsel of record, and hereby file a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear its own costs, expenses and fees.

Respectfully submitted, this 11th day of March, 2021.

/s/ Meredith J. Carter
Meredith J. Carter
Georgia Bar No. 325422

M. CARTER LAW LLC
2690 Cobb Parkway
Suite A5-294
Smyrna, GA 30080
(404) 618-3838
meredith@mcarterlaw.com

**CONSENTED TO BY:**

/s/ Meredith J. Carter                    /s/ Ronald G. Polly, Jr.
Meredith J. Carter                         Ronald G. Polly, Jr.
Georgia Bar No. 325422              Georgia Bar No. 583264


M. CARTER LAW LLC                  HAWKINS PARNELL & YOUNG LLP
2690 Cobb Parkway SE              303 Peachtree Street, N.E.
Suite A5-294                               Suite 4000
Smyrna, Georgia 30080              Atlanta, Georgia 30308
Telephone: (404) 618-3838        Telephone: (404) 614-7400
meredith@mcarterlaw.com         Facsimile: (404) 614-7500
                                                  rpolly@hpylaw.com


Counsel for Plaintiff                     Counsel for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| SANDRA PORTER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| | ) | |
| v. | ) | 1:20-cv-03943-ELR-WEJ |
| | ) | |
| ROGERS BENEFIT GROUP, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF FONT COMPLIANCE
REQUIRED BY LOCAL RULE 7.1D AND SERVICE**

In accordance with Local Rule 7.1D, I hereby certify that the foregoing **Stipulation of Dismissal with Prejudice** was prepared with one of the font and point selections approved by the Court in Local Rule 5.1B. Specifically, it was prepared with Times New Roman, 14 point.

I further certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email or other notification of such filing to the following attorneys of record:

> Ronald G. Polly, Jr.
> HAWKINS PARNELL & YOUNG LLP
> 303 Peachtree Street, N.E., Suite 4000
> Atlanta, GA 30308

This 11ʰ day of March, 2021.

/s/ Meredith J. Carter
Meredith J. Carter
Georgia Bar No. 325422